| **Non-Statutory COVER SHEET** **COURT OF RECORD** Status – Sovereign Law ☑ - or - Equity ☐ | Date            County | Docket Number |
|---|---|---|
| | 3 30/2020  Hall County | 2:20-cv-0008 |
| | This is a universal prima facie common law form used for non-statutory "actions at law" only, *No Filing Fee* for cases proceeding under the rules of Natural Law. | |

| ☐ County Court ☐ State Court ☑ Federal Court | Name of Court United States District Court Northern District of Georgia |
|---|---|
| FILED IN CLERK'S OFFICE U.S.D.C. - Gainesville | Court Address 121 Spring St, Gainesville, GA |
| MAR 30 2020 | 2:20-CV-0088 |

FILED IN CLERK'S OFFICE U.S.D.C. - Gainesville

MAR 30 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**PLAINTIFF(S)** Use page 2 to list contact info.

**DEFENDANT(S)** Use page 2 to list contact info.

| Joshua Wesley Pollard L.S. a man. one of we the people  SUI JURIS | Richard Highsmith, Michelle Wingers, Shana Cheek, Parker Bates, Danielle Jenkins Tony Galloway |
|---|---|
| Assistance of Counsel Use page 2 to list contact info. | Assistance of Counsel (*if known*) Use page 2 to list contact info. |

| Cause of Action – Enforcing of Default Judgement |
|---|

| Has this action or one essentially the same been previously filed in Federal Court at any time? No ☑ Yes ☐ , Equity ☐ -or- Law ☑ |
|---|
| Case heard _____ Judge/Magistrate Previously Assigned _____ |
| If yes was this case Vol. ☐ Invol. ☐ Dismissed No☐ Yes☐ If yes, give date _____ & Case No. _____ |

## NATURE OF SUIT

(PLACE AN [x] IN ONE BOX ONLY)

| ☐ Assault ☐ Libel/Slander ☐ Violation of unalienable rights ☐ Other _____ | ☐ Contract dispute ☐ Personal Injury ☐ Malpractice ☐ Accident ☐ Other _____ | ☐ Habeas Corpus ☐ Redress of Grievance ☑ Enforcement of judgment ☐ Other _____ |
|---|---|---|

| **CRIMINAL CASES** • Law Enforcement Criminal Report No ☑ Yes ☐ Attached • Grand Jury Indictment – No ☑ Yes ☐ Attached |
|---|

| ☑ Original Action | ☐ Removed from lower court ☐ Remanded from Appellate Court ☐ Reinstated or Reopened ☐ Transferred from |
|---|---|
| | Name of Court _____ Case Number _____ |
| | Address _____ |

**CLERK IS TO FILE**  **18 USC §1512** (b) Whoever knowingly uses intimidation, threatens, or corruptly persuades another person, or attempts to do so, or engages in misleading conduct toward another person, with intent to - (1) influence, delay, or prevent the testimony of any person in an official proceeding; (2) cause or induce any person to -- (A) withhold testimony, or withhold a record, document, or other object, from an official proceeding; (B) alter, destroy, mutilate, or conceal an object with intent to impair the object's integrity or availability for use in an official proceeding; ... shall be fined under this title or imprisoned not more than 20 years, or both. (3) ... (c) Whoever corruptly-(1) alters, destroys, mutilates, or conceals a record, document, or other object, or attempts to do so, with the intent to impair the object's integrity or availability for use in an official proceeding; or (2) otherwise obstructs, influences, or impedes any official proceeding, or attempts to do so, shall be fined under this title or imprisoned not more than 20 years, or both.

**18 USC § 2071** Concealment, removal, or mutilation generally (a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both. (b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States...

PAGE 1 OF 2                                                      NON STATUTORY, NATURAL LAW FORM

**PLAINTIFF(S)** contact info.                          **ASSISTANCE OF COUNSEL** contact info.

| Joshua N Pollard | |
|---|---|
| JCPollard13@gmail.com | |
| Ph (706) 445-5417   Fax ( ) ___ - _____ (HOME) | Ph ( ) ___ - _____   Fax ( ) ___ - _____ |

| | |
|---|---|
| Ph ( ) ___ - _____   Fax ( ) ___ - _____ | Ph ( ) ___ - _____   Fax ( ) ___ - _____ |

| | |
|---|---|
| Ph ( ) ___ - _____   Fax ( ) ___ - _____ | Ph ( ) ___ - _____   Fax ( ) ___ - _____ |

| | |
|---|---|
| Ph ( ) ___ - _____   Fax ( ) ___ - _____ | Ph ( ) ___ - _____   Fax ( ) ___ - _____ |

**DEFENDANT(S)** contact info.                          **ASSISTANCE OF COUNSEL** contact info.

| Richard Highsmith | |
|---|---|
| RichardHighsmith@gmail.com | |
| Ph ( ) ___ - _____   Fax ( ) ___ - _____ | Ph ( ) ___ - _____   Fax ( ) ___ - _____ |

| | |
|---|---|
| Tony Galloway<br>128 Hiawasee Street Clayton, GA 30525<br>Ph (706) 212 - 2183    Fax (706) 782 - 6193 | Ph ( ) ___ - _____    Fax ( ) ___ - _____ |

| | |
|---|---|
| Michelle Wiggers  Rabun County DFACS<br>Michelle.wigger@DHS.ga.gov<br>Ph (706) 212 - 2183 off. Fax (706) 782 - 6193<br>706 968 3593 cell | Ph ( ) ___ - _____    Fax ( ) ___ - _____ |

| | |
|---|---|
| Danielle Jenkins<br>Danielle.jenkins@DHS.ga.gov<br>Ph (706) 212 - 2183    Fax (706) 782 - 6193<br>706 968 1049 (cell) | Ph ( ) ___ - _____    Fax ( ) ___ - _____ |

Shana Cheek and Parker Bates *Attach additional page if necessary*
Same contact info as other Defendants

## COURTHOUSE ASSIGNMENT

*Magistrate is to be designated by the Clerk of the Court.*

Magistrate _____ is so designated.

_____, Clerk of Court by _____ Deputy Clerk, DATED _____

NON STATUTORY, NATURAL LAW FORM

# IN THE UNITED STATE DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

### 121 Spring Street, Gainesville, Georgia, 30501

| | |
|---|---|
| Joshua Wesley Pollard, a man, Sui Juris<br><br>      Petitioner<br>   -Against-<br><br>Richard Highsmith, in their private capacity; Richard Highsmith; SAAG for Rabun County Dfcs<br><br>Tony Galloway; in their private capacity; Tony Galloway; Director of Rabun County Dfcs<br><br>Michelle Wiggers; in their private capacity; Michelle Wiggers; Supervisor<br><br>Shana Cheek; in their private capacity; Shana Cheek; Caseworker<br><br>Danielle Jenkins; in their private capacity; Danielle Jenkins; Caseworker<br><br>Parker Bates; in their private capacity; Parker Bates; Investigator<br>      Respondent(s) | Jurisdiction: Court of Record, under the rules of Common Law[1]<br><br><br>Federal Case No:<br>Private Court of Record Case No: 128181©<br>Statutory Case No: 2019-JU-0002<br><br><br>**AFFIDAVIT FOR DEFAULT JUDGMENT** |

GEORGIA STATE)
    ) :SS[1]
RABUN COUNTY)

I, Joshua Wesley Pollard, a man, sui juris, hereinafter petitioner, being of lawful age, qualified and competent to testify to, and having firsthand knowledge of the following facts, do hereby swear that the following facts are true, correct and not misleading:

---

[1] An affidavit uncontested unrebutted unanswered stands as truth. - United States v. Kis, 658 F.2d 526, 536 (7th Cir. 1981); Cert. Denied, 50 U.S. L. W. 2169; S. Ct. March 22, 1982 1982.

Affidavit of Default                   Page 1 of 2

**WHEREAS:** on November 21, 2019, petitioner properly served and recorded a, AFFIDAVIT OF SHOW OF CAUSE PROOF OF CLAIM DEMAND AND CONTRACT; to the respondent(s), Richard Highsmith, Michelle Wiggers, Shana Cheek, who has failed to plea and defend the above case. On November 24th, 2019, petitioner properly served and recorded a, AFFIDAVIT OF SHOW OF CAUSE PROOF OF CLAIM DEMAND AND CONTRACT; to the respondent(s), Tony Galloway, Danielle Jenkins, and Parker Bates. The record shows that no respondent made any Return; no respondent requested more time to answer; and, no respondent provided any objection to the proceedings. Therefore a summary judgment for default is in order. Thereby law requires the above said court to abate at law; and, release of restraint on both person and property.

**Default Judgment - Entering a Default:** *"When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend; and, that failure is shown by Affidavit or otherwise* [under seal]*, the clerk must enter the party's default."* FRCP Rule 55(a); FRCP Rule 58(b) (2); 28 U.S.C. §2243.

Josh Pollard  L.S.

## NOTARY

In ___GEORGIA___ State, ___HALL___ County, on this ___30th___ day of ___March___, 20 __20__, before me, the undersigned notary public, personally appeared ___Joshua Wesley Pollard___, to me known to be the living (wo)man described herein, who executed the forgoing instrument and has sworn before me that (s)he executed the same as their free-will act and deed.

(Notary seal)

KHADIJA ALI
Commission Expires
NOTARY PUBLIC
08-27-2023
FORSYTH COUNTY, GEORGIA

_____
Notary

My commission expires: ___08-27-2023___

Affidavit of Default                                    Page **2** of **2**